UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHIESI USA INC. and<br>CHIESI FARMACEUTICI S.P.A.,<br><br>Plaintiffs,<br><br>v.<br><br>GLAND PHARMA LTD.,<br><br>Defendant. | Civil Action No. 2:19-cv-18564 (MCA-MAH)<br>Civil Action No. 2:19-cv-18565 (MCA-MAH)<br>Civil Action No. 2:19-cv-21204 (MCA-MAH)<br><br>(consolidated) |

## CONSENT JUDGMENT

Chiesi USA Inc. and Chiesi Farmaceutici S.p.A. (hereinafter collectively "Chiesi"), and Gland Pharma Limited (hereinafter "Gland"), the parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of the action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the action, as follows:

IT IS this 29 day of June, 2022:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above actions and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Gland Product" shall mean the drug product sold, offered for sale, or distributed pursuant to Abbreviated New Drug Application No. 213551 (and defined in greater detail in the Settlement Agreement); (ii) the term "Licensed Patents" shall mean United States Patent Numbers 6,130,208; 8,680,052; 9,427,448;

9,439,921; 9,925,265; and 10,039,780; and (iii) the term "Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with Gland; for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity (and defined in greater detail in the Settlement Agreement).

3. Unless otherwise specifically authorized pursuant to the Settlement Agreement, Gland, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed Patents, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the Gland Product.

4. Compliance with this Consent Judgment may be enforced by Chiesi and its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

5. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

_____
Madeline Cox Arleo, U.S.D.J.

We hereby consent to the form and entry of this Order.

Dated: June 17, 2022

| | |
|---|---|
| s/ Charles H. Chevalier<br>Robert C. Brady<br>Charles H. Chevalier<br>Christine A. Gaddis<br>Stephen R. Donat<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, NJ 07102<br>(973) 596-4500<br><br>Angus Chen<br>Krista M. Rycroft<br>Elizabeth Murphy<br>John P. Galanek<br>Hailey S. Verano<br>Brooke A. Kootman<br>Quentin Jorgensen<br>**QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br><br>*Attorneys for Chiesi USA, Inc. and Chiesi Farmaceutici S.p.A.* | s/ Justin T. Quinn<br>Justin T. Quinn<br>**ROBINSON MILLER LLC**<br>Ironside Newark<br>110 Edison Place, Suite 302<br>Newark, NJ 07102<br>(973) 690-5400<br>jquinn@rwmlegal.com<br><br>Imron T. Aly<br>Helen H. Ji<br>Matthew T. Wilkerson<br>**ARENTFOX SCHIFF LLP**<br>233 S. Wacker Dr., Suite 7100<br>Chicago, IL 60606<br>(312) 258-5500<br><br>Ahmed M.T. Riaz<br>**ARENTFOX SCHIFF LLP**<br>1185 6th Ave., Suite 3000<br>New York, NY 10036<br>(212) 753-5000<br><br>John K. Hsu<br>**ARENTFOX SCHIFF LLP**<br>1717 K Street NW<br>Washington, DC 20006<br>(202) 857-6000<br><br>*Attorneys for Gland Pharma Ltd.* |

3